```
 1  ADRIENNE C. PUBLICOVER (SBN: 161432)
    Email: Adrienne.Publicover@WilsonElser.com
 2  CHARAN M. HIGBEE (SBN: 148293)
    Email: Charan.Higbee@WilsonElser.com
 3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
 4  525 Market Street – 17th Floor
    San Francisco, California 94105-2725
 5  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 6
    Attorneys for Defendant,
 7  LINCOLN NATIONAL LIFE INSURANCE COMPANY

 8  P. RANDALL NOAH (SBN: 136452)
    Email: pnoah@ix.netcom.com
 9  LAW OFFICES OF P. RANDALL NOAH
    21 Orinda Way, Suite C, #316
10  Orinda, CA 94563
    Telephone:   (925) 253-5540
11  Facsimile:   (925) 253-5542

12  Attorney for Plaintiff,
    HELEN SAMPSON
13
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| HELEN SAMPSON, | Case No.: C12-03092-JSW |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | Action Filed: June 15, 2012 |

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
923555.1                                                                  Case No.: C12-03092-JSW

|     |     |
| --- | --- |
| 1   | **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Helen |
| 2   | Sampson and Defendant Lincoln National Life Insurance Company, through their respective |
| 3   | attorneys of record, that the above-entitled action, and all claims for relief therein, shall be |
| 4   | dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear |
| 5   | its own costs and attorneys' fees. |

Dated: September 5, 2012

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant,
**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Dated: September 5, 2012

LAW OFFICE OF P. RANDALL NOAH

By: /s/ P. Randall Noah
P. RANDALL NOAH
Attorney for Plaintiff,
**HELEN SAMPSON**

### [PROPOSED] ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: September 6, 2012

_/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
United States District Court Judge