ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: Adrienne.Publicover@WilsonElser.com
CHARAN M. HIGBEE (SBN: 148293)
Email: Charan.Higbee@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant,
**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

P. RANDALL NOAH (SBN: 136452)
Email: pnoah@ix.netcom.com
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Telephone:    (925) 253-5540
Facsimile:    (925) 253-5542

Attorney for Plaintiff,
**HELEN SAMPSON**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN SAMPSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: C12-03092-JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Action Filed: June 15, 2012 |

IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff Helen Sampson and Defendant Lincoln National Life Insurance Company, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated: September 5, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant,
**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Dated: September 5, 2012

LAW OFFICE OF P. RANDALL NOAH

By: /s/ P. Randall Noah
P. RANDALL NOAH
Attorney for Plaintiff,
**HELEN SAMPSON**

### [PROPOSED] ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: September 6, 2012

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge